IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )  Criminal Action No.
                                )  07-00255-05-CR-W-ODS
CHRISTOPHER D. WAGGONER,        )
                                )
        Defendant.              )

## O R D E R

On November 7, 2007, counsel for Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by Dr. John Wisner and a competency hearing was held before United States Magistrate Judge Robert Larsen on January 3, 2008. The parties stipulated to Dr. Wisner's report, in which Dr. Wisner opined that Defendant is not competent to stand trial.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is incompetent to stand trial and assist in his own defense. It is further

ORDERED that Defendant be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. §4241(d).

                                    _/s/ Ortrie D. Smith_____
                                    ORTRIE D. SMITH
                                    United States District Judge

Kansas City, Missouri
January _9_, 2008